BAYARD PRODUCTS COMPANY, INC., Appellant, v. PAUL GROSS and

Another, Respondents.— Order reversed and motion granted upon plaintiff giving adequate security. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.